Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL - 9 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 23 2008

FILED
CLERK'S OFFICE

FILED
JUL 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION  MDL No. 1769

C 08-2493 EDL

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-63)**

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 544 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUL - 9 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I certify the foregoing to be a true
and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida

By: _____
     Deputy Clerk

Case 6:06-md-01769-ACC-DAB   Document 1046   Filed 07/14/2008   Page 2 of 3
Case 3:08-cv-02493-EDL   Document 6   Filed 07/22/2008   Page 2 of 5

Page 1 of 2

# IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION          MDL No. 1769

## SCHEDULE CTO-63 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

**CALIFORNIA CENTRAL**
CAC  2  08-3239                 Leonard Collier v. AstraZeneca Pharmaceuticals, LP, et al.

**CALIFORNIA NORTHERN**
CAN  3  08-2493                 Alice Gevarter v. AstraZeneca Pharmaceuticals, LP, et al.
CAN  3  08-2722                 Carol Yates v. AstraZeneca Pharmaceuticals, LP, et al.
CAN  3  08-2723                 Richard Mora v. AstraZeneca Pharmaceuticals, LP, et al.
CAN  3  08-2724                 Deborah Owens v. AstraZeneca Pharmaceuticals, LP, et al.

**INDIANA SOUTHERN**
INS  2  08-204                  Shelley L. Badger v. AstraZeneca Pharmaceuticals, LP, et al.

**KENTUCKY WESTERN**
KYW  4  08-68                   Mendy Jones v. AstraZeneca Pharmaceuticals, LP, et al.
KYW  4  08-69                   Trent Burden v. AstraZeneca Pharmaceuticals, LP, et al.

**LOUISIANA EASTERN**
LAE  2  08-3597                 Arthur Cole v. AstraZeneca Pharmaceuticals, LP, et al.

**LOUISIANA MIDDLE**
LAM  3  08-328                  Cora Hurst v. AstraZeneca Pharmaceuticals, LP, et al.

**MARYLAND**
MD  1  08-1382                  Thomas Moore v. AstraZeneca Pharmaceuticals, LP, et al.
MD  8  08-1383                  Arnita Cole v. AstraZeneca Pharmaceuticals, LP, et al.

**MINNESOTA**
MN  0  08-1476                  Jerry Griggs v. AstraZeneca Pharmaceuticals, LP, et al.
MN  0  08-1529                  Lizzie Bailey v. AstraZeneca Pharmaceuticals, LP, et al.
MN  0  08-1546                  Joycelyn Abbey v. AstraZeneca Pharmaceuticals, LP, et al.
MN  0  08-1548                  James Sharp v. AstraZeneca Pharmaceuticals, LP, et al.

**MISSISSIPPI SOUTHERN**
MSS  2  08-121                  Tony E. Holloway v. AstraZeneca Pharmaceuticals, LP, et al.
MSS  3  08-342                  William Freemyer v. AstraZeneca Pharmaceuticals, LP, et al.
MSS  4  08-54                   Helen Pickens v. AstraZeneca Pharmaceuticals, LP, et al.

Case 6:06-md-01769-ACC-DAB   Document 1046   Filed 07/14/2008   Page 3 of 3
Case 3:08-cv-02493-EDL   Document 6   Filed 07/22/2008   Page 3 of 3

**MDL No. 1769 - Schedule CTO-63 Tag-Along Actions (Continued)**                      Page 2 of 2

**DIST. DIV. C.A. #**             **CASE CAPTION**

TENNESSEE MIDDLE
   TNM 2 08-48            Ronnie Franklin v. AstraZeneca Pharmaceuticals, LP, et al.
   TNM 2 08-49            Thomasina Young v. AstraZeneca Pharmaceuticals, LP, et al.
   TNM 3 08-540           Trudy Adcock v. AstraZeneca Pharmaceuticals, LP, et al.
   TNM 3 08-541           Patricia Hall v. AstraZeneca Pharmaceuticals, LP, et al.
   TNM 3 08-542           Michael McInturff v. AstraZeneca Pharmaceuticals, LP, et al.
   TNM 3 08-543           Lisa Sanders v. AstraZeneca Pharmaceuticals, LP, et al.
   TNM 3 08-544           Terry Gallina v. AstraZeneca Pharmaceuticals, LP, et al.

TENNESSEE WESTERN
   TNW 2 08-2332          Lyman Hudson v. AstraZeneca Pharmaceuticals, LP, et al.
   TNW 2 08-2353          Rodney Childress v. AstraZencca Pharmaceuticals, LP, et al.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young U.S. Courthouse
and Federal Building
Office of the Clerk
401 W. Central Boulevard, Suite 1200
Orlando, Florida 32801
407/835-4200

Sheryl L. Loesch
Clerk

Laura Barsamian
Orlando Division Manager

July 16, 2008

Mr. Richard W. Wieking, Clerk
United States District Court
Phillip Burton United States Courthouse
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3434

RE:   MDL-1769 – In Re: Seroquel Products Liability Litigation

Dear Mr. Wieking:

Enclosed is one certified copy of an order filed by the Panel under 28 U.S.C. § 1407. Section 1407 requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." A copy of Rule 1.6, R.P.J.P.M.L., 120 F.R.D. 251, which deals specifically with the transfer of files, is enclosed for your convenience.

Please either send your original files below and certified copies of the docket sheets to this address: **U.S. District Court, Office of the Clerk, 401 West Central Blvd., 120, Orlando, FL, 32801-0120**; or, if the cases are completely electronic and all documents can be retrieved from PACER, you can email a cover letters and certified docket sheets to me at **Lisa_Maurey@flmd.uscourts.gov** and Mollie Pleicones at **Mollie_Pleicones@flmd.uscourts.gov**.

Due to the large volume of cases, it would be very much appreciated if you could be sure to reference the Middle District of Florida's case number on each of your cases.

If you have any questions, please contact me at 407-835-4203.

Sincerely,

Lisa A. Maurey,
Deputy Clerk

Enclosures
c:    Michael J. Beck, Clerk, MDL Panel

| CASE STYLE | NDCA CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Gevarter v. AstraZeneca | 3:08-cv-2493 EDL | 6:08-cv-1130-Orl-22DAB |
| Yates v. AstraZeneca | 3:08-cv-2722 JCS | 6:08-cv-1131-Orl-22DAB |
| Mora v. AstraZeneca | 3:08-cv-2723 JCS | 6:08-cv-1132-Orl-22DAB |
| Owens v. AstraZeneca | 3:08-cv-2724 EMC | 6:08-cv-1133-Orl-22DAB |