**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 23, 2008

United States District Court
Middle District of Florida
Office of the Clerk
George C. Young U.S. Courthouse
 & Federal Building
401 W. Central Boulevard, Suite 1200
Orlando, Florida 32801

**RE:   Alice Gevarter -v- AstraZeneca Pharmaceuticals, LP, et al., Case No.
       C-08-2493-EDL
       In re Seroquel Products Liability Litigation, MDL  No. 1769 & Case No.
       08-cv-1130-Orl-22DAB**

Dear Clerk,

    Pursuant to an *order transferring* the above captioned case to your court, transmitted herewith are:

☐   Certified copy of docket entries.

☐   Certified copy of Transferral Order.

☐   Original case file documents.

X   Please access the electronic case file for all the pleadings you may need.

    Sincerely,
    RICHARD W. WIEKING, Clerk


    by:  Thelma Nudo
           Deputy Clerk


Enclosures
Copies to counsel of                              record