AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California   **E-filing**

| | |
|---|---|
| ALICE GEVARTER ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. |
| ASTRAZENECA PHARMACEUTICALS LP, et al. ) | |
| Defendant ) | |

## Summons in a Civil Action

**EDL**

To:   ASTRAZENECA PHARMACEUTICALS LP
      *(Defendant's name)*

A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

Richard W. Wieking
Name of clerk of court

**MARY ANN BUCKLEY**
Deputy clerk's signature

FAXED

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ .
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of California

Case Number: CV 08 2493

Plaintiff/Petitioner:
**ALICE GEVARTER**
vs.
Defendant/Respondent:
**ASTRAZENECA PHARMACEUTICALS, LP, et al**

For: D. Renee Baggett
    AYLSTOCK, WITKIN, KREIS & OVERHOLTZ

Received by Thornton Process Service on the 19th day of June, 2008 at 4:18 pm to be served on **ASTRAZENECA PHARMACEUTICALS, LP, 1800 CONCORD PIKE, WILMINGTON, DE 19803**. I, __Daniel Newcomb__, being duly sworn, depose and say that on the __24__ day of __June__, 2008 at __3:14__ p.m., executed service by delivering a true copy of the **SUMMONS and COMPLAINT and CIVIL COVER SHEET** in accordance with state statutes in the manner marked below:

By delivering a true copy of the above named writ(s) with the date and hour of service endorsed thereon by me in the manner marked below.

( ) RECORDS CUSTODIAN - to _____ as _____ of the within named entity.

( ) GOV'T/PUBLIC AGENCY - to _____ as _____ of the within named agency.

CORPORATE SERVICE:
( ) OFFICER/REG AGENT - to _____ as _____
(X) EMPLOYEE/OTHER - to __Donna Flynn__ as __Legal Administrator duly authorized to accept__

( ) NON SERVICE: As described in the Comments below.

( ) OTHER SERVICE: As described in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the __25__ day of __June__, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

**KIMBERLY J. RYAN**
**NOTARY PUBLIC-DELAWARE**
Commission Expires June 15, 2012

PROCESS SERVER # Daniel Newcomb (Notts in DE)
Appointed in accordance
with State Statutes

**Thornton Process Service**
3214 Samantha Drive
Cantonment, FL 32533-7414
(850) 478-3333

Our Job Serial Number: 2008003644

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w